IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HASEEB ABDULLAH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-1245-RP |
| KEN PAXTON and GLENN HEGAR, | § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendants Ken Paxton and Glenn Hegar's ("Defendants") Motion to Dismiss, (Dkt. 26). (R. & R., Dkt. 32). In his report and recommendation, Judge Howell recommends that the Court grant the motion. (*Id.* at 20). Plaintiff Haseeb Abdullah ("Abdullah") timely filed objections to the report and recommendation. (Objs., Dkt. 33).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Abdullah timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*.

Having done so, the Court overrules Abdullah's objections as to the report and recommendation's finding that Abdullah failed to demonstrate an injury-in-fact sufficient to establish standing. (Dkt. 32, at 7–19). As this finding alone must result in dismissal of Abdullah's claims, the Court clarifies that this holding does not reach the report and recommendation's discussion of sovereign immunity. (*See id.* at 4–7).

Accordingly, **IT IS ORDERED** that the report and recommendation of Magistrate Judge Howell, (Dkt. 32), is **ADOPTED** subject to the clarification provided above by this Court.

Defendants Motion to Dismiss, (Dkt. 26), is **GRANTED** insofar as the Court finds that Abdullah has failed to establish standing.

**SIGNED** on March 25, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE